# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 6/26/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

TO:     1ST COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/26/2015 9:42:25 AM
CHRISTOPHER A. PRINE
Clerk

From:    Deputy Clerk: MICHELLE LOPEZ
Chris Daniel, District Clerk
Harris County, T E X A S

**CAUSE:** 2012-30947

**VOLUME** _____ **PAGE** _____  **OR**  **IMAGE #** 64341873

**DUE** 7/20/2015       **ATTORNEY** 10076800

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:** 2/20/2015

**MOTION FOR NEW TRIAL DATE FILED** 4/30/2015

**REQUEST TRANSCRIPT DATE FILED** N/A

**NOTICE OF APPEAL DATE FILED** 6/25/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 120

**FILE ORDERED: YES** ☐ **NO** ☒ **IMAGED FILED: YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL: BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By: /s/MICHELLE LOPEZ
**MICHELLE LOPEZ, Deputy**

BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C      JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA     NO CLERK'S RECORD REQUEST FILED
O      CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA     AMENDED NOTICE OF APPEAL

NO. 2012-30947

| | | |
|---|---|---|
| JENAUHD M. BRADFORD, | § | IN THE DISTRICT COURT OF |
| ANTOINE A. BROWN, | § | |
| DAVID A. CONAWAY, | § | |
| SHAWN T. DEVILLE, | § | |
| RAY A. FIELDS, | § | |
| DERRICK L. HENDERSON, | § | |
| JAMES M. JOHNSON, | § | |
| CURTIS LEE III, | § | |
| GUS PAIGE III, | § | |
| ANTHONY C. PRICE, | § | |
| MARTIN C. RHODES AND | § | |
| CEDRIC D. WARD | § | |
| Plaintiffs, | § | HARRIS COUNTY, T E X A S |
| | § | |
| V. | § | |
| | § | |
| PALLETIZED TRUCKING, INC. | § | |
| AND SAIA, INC. | § | |
| Defendants. | § | 113ᵗʰ JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Jenauhd M. Bradford, Antoine A. Brown, David A. Conaway, Shawn T. Deville, Ray A.

Fields, Derrick L. Henderson, James M. Johnson, Curtis Lee III, Gus Paige III, Anthony C.

Price, Martin C. Rhodes And Cedric D. Ward, Plaintiffs in the above-styled and numbered cause

of action, file this Notice of Appeal seeking to alter the trial court's judgment or other appealable

order.

The trial court, trial court case number and style of this matter are shown in the above

caption.

The judgment or order appealed from was signed on February 20, 2015 and the motion

for new trial was denied on May 29, 2015.

Jenauhd M. Bradford, Antoine A. Brown, David A. Conaway, Shawn T. Deville, Ray A.

Fields, Derrick L. Henderson, James M. Johnson, Curtis Lee III, Gus Paige III, Anthony C.

Price, Martin C. Rhodes And Cedric D. Ward, Plaintiffs desire to appeal the judgment in its

entirety.

This appeal is being taken to the Fourteenth Court of Appeals.

Respectfully submitted,

Ramond W. Howard
Texas Bar No. 10076800
1303 Turtle Creek Drive
Missouri City, TX 77489
Tel. (281) 437-5900
Fax. (281) 416-9517
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on 24th day of June, 2015, a true and correct copy of this Notice of Appeal was served on Robert Fuentes via email: robert@fuenteslaw.com.

Ramond W. Howard

No 2012-30947

P-1
(7)

FILED
Chris Daniel
District Clerk
FEB 20 2015
Time
By Harris County, Texas
Deputy

| | | |
|---|---|---|
| JENAUHD M BRADFORD, et al | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiffs | § | |
| vs | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| PALLETIZED TRUCKING, INC and | § | |
| SAIA, INC | § | |
| | § | |
| Defendants | § | 113TH JUDICIAL DISTRICT |

## FINAL SUMMARY JUDGMENT

Defendant Palletized Trucking, Inc filed several motions for summary judgment against Plaintiffs' claims, all of which are catalogued in the Agreed Order signed on December 5, 2014  Such motions were heard on January 23, 2015  The Court allowed leave to Plaintiffs to supplement their responses, and such additional arguments were filed and considered by submission  The Court considered all papers filed by the parties germane to the said motions, the authorities cited and arguments of counsel

Defendant motion for final summary judgment is granted, and all of Plaintiffs' claims are dismissed

This is a final judgment that disposes of all claims and it is appealable

Signed  February 20, 2015

_____
Judge Presiding

CAUSE NO. 2012-30947

| | | |
|---|---|---|
| JENAUHD M. BRADFORD, ANTOINE A. BROWN, TROY BROWN, DAVID A. CONAWAY, SHAWN T. DEVILLE, RAY A. FIELDS, DERRICK L. HENDERSON, JAMES M. JOHNSON, CURTIS LEE III, KOLLEN J. MOUTON, GUS PAIGE III, MARTIN C. RHODES AND CEDRIC D. WARD | § § § § § § § § § § | IN THE DISTRICT COURT |
| V. | § § | OF HARRIS COUNTY, TEXAS |
| PALLETIZED TRUCKING, INC. | § | 113TH JUDICIAL DISTRICT |

## PLAINTIFFS' MOTION FOR REHEARING ON DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT

COME NOW, Plaintiffs Jenauhd M. Bradford, Antoine A. Brown, Troy Brown, David A. Conaway, Shawn T. Deville, Ray A. Fields, Derrick L. Henderson, James M. Johnson, Curtis Lee III, Kollen J. Mouton, Gus Paige III, Martin C. Rhodes and Cedric D. Ward, in the above-styled cause and files this their Motion for Rehearing on Defendant's Motions for Summary Judgment, and in support thereof, show the Court as follows:

On or about January 23, 2015, the Court held oral hearings on Defendant's Motion for both Traditional and No-Evidence Summary Judgments. Plaintiffs appeared by counsel, along with Defendants and made arguments to the Court regarding such Motions.

Although Plaintiffs had filed a Response to the Defendant's Motions for Summary Judgment, the Plaintiffs had not had the opportunity to read and summarize the depositions of Defendant's representatives that had been taken in the case on the following dates: The Deposition of Bernie Warriner, taken on August 18, 2014, the Deposition of Mike King, taken on August 21, 2014, the Deposition of Barbara Jean Efurd, taken on October 6, 2014, and the Deposition of Sarmona Miller, taken on January 12, 2015.

1

012921.000001\4835-2495-3634.v1

On February 18, 2105, Plaintiffs filed their Supplemental Response to the Defendant's Motions for Summary Judgment. In that Response, the Plaintiffs submitted records produced by the Defendants which they had in their possession identifying the total amount of insurance payments that the Plaintiffs had made under their Independent Contractor Agreement with the Defendants, which establishes the Plaintiffs damages against the Defendants for both fraud and breach of Contract. The damages for fraud related to the Defendants charging Plaintiffs for insurance that was being provided under the Defendant's Contract with the third-party shipper, SAIA, for the Plaintiff drivers, and as damages for breach of contract to the extent that the Plaintiffs were charged for coverages, including three layers of excess coverage and general liability coverage, that were not identified in the Independent Contractor Agreement as coverages for which the drivers would be charged back.

These damages are established both by the testimony of the Plaintiffs, but also by the testimony of Bernie Warriner, the Defendant's insurance agent. As well as by review of the Independent Contractor Agreement. Moreover, the evidence from the testimony of these witnesses which were attached to the Supplemental Response to the Motions for Summary Judgments support and create a question of fact as to whether the Defendants were in fact using the charge backs to the Plaintiffs, and other Independent Contractors, to pay for insurance that covered the Defendant's premises, tractors and trailers, and limousines.

Plaintiffs believe that the Court rendered its decision regarding the Defendant's Motion for Summary Judgment, based upon the timing of the signing of the Judge's Order, without having the benefit of the summary judgment evidence, in the form of the testimony of the witnesses deposed and the contracts, both the Independent Contractor Agreement and the Contractor Agreement between Palletized and SAIA. Plaintiffs believe that had the Court had the benefit of this additional evidence, that Plaintiffs would have met their burden of showing the existence of material issues of

2

fact regarding Plaintiffs' damages and Plaintiffs' claims for fraud, fraud in the inducement, and breach of contract against the Defendants.

WHEREFORE PREMISES CONSIDERED, Plaintiffs pray that the Court grant a re-hearing in order for the Court to have the benefit of consideration of the evidence attached to and submitted along with the argument of the Plaintiffs in their Supplemental Response to Defendant's Motions for Summary Judgment, and for any other relief, both in law and equity, to which Plaintiffs show them justly entitled.

Respectfully submitted,

COATS | ROSE, P.C.

Dwight E. Jefferson
Texas Bar No. 10605600
djefferson@coatsrose.com
9 Greenway Plaza, Suite 1100
Houston, TX 77046
713-651-0111 – Phone
713-651-0220 – Fax

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served in accordance with the Texas Rules of Civil Procedure on the 3rd day of March, 2015, as follows:

*Via Email: Robert@fuentesfirm.com*
*Via Email: Brian@fuentesfirm.com*
Mr. Robert Fuentes
Mr. Brian Schrumpf
5517 Louetta Rd., Suite A
Spring, Texas 77379

Dwight E. Jefferson

3

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM      JUN 26, 2015(C1)
INT6510                 CIVIL CASE INTAKE                  OPT: _____ - INT
                      GENERAL PARTY INQUIRY                PAGE:   1 -    6

CASE NUM: 201230947__ PJN> __  TRANS NUM: _____ CURRENT COURT: 113 PUB? _
CASE TYPE: BREACH OF CONTRACT            CASE STATUS: CASE ON APPEAL
STYLE: BRADFORD, JENAUHD M              VS PALLETIZED TRUCKING INC
=============================================================================
                      **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME           PTY    ASSOC. ATTY
   NUM   NUMBER                                        STAT
_      00019-0001 XDF           PRICE, ANTHONY
_      00013-0003 XDF           WARD, CEDRIC D
_      00012-0003 XDF           RHODES, MARTIN C
_      00011-0002 XDF           PAIGE, GUS III
_      00009-0003 XDF           LEE, CURTIS LLL
_      00008-0003 XDF           HENDERSON, DERRICK L
_      00007-0003 XDF           FIELDS, RAY A
_      00006-0003 XDF           DEVILLE, SHAWN T

==> (41) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD      9=PTY. ADDR.  10=REFRESH    11=HELP
```

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    JUN 26, 2015(C1)
INT6510              CIVIL CASE INTAKE              OPT: _____ - INT
                   GENERAL PARTY INQUIRY            PAGE:   2 -    6

CASE NUM: 201230947__ PJN> __  TRANS NUM: _____ CURRENT COURT: 113 PUB? _
CASE TYPE: BREACH OF CONTRACT           CASE STATUS: CASE ON APPEAL
STYLE: BRADFORD, JENAUHD M             VS PALLETIZED TRUCKING INC
============================================================================
                    **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR      PERSON NAME             PTY    ASSOC. ATTY
  NUM   NUMBER                                        STAT
_     00005-0003 XDF          CONAWAY, DAVID A
_     00003-0003 XDF          BROWN, ANTONIE A
_     00002-0003 XPL 24005405 PALLETIZED TRUCKING INC        FUENTES, JUAN
_     00001-0003 XDF          BRADFORD, JENAUHD M
_     00013-0002 XDF          WARD, CEDRIC D
_     00012-0002 XDF          RHODES, MARTIN C
_     00009-0002 XDF          LEE, CURTIS LLL
_     00008-0002 XDF          HENDERSON, DERRICK L

==> (41) CONNECTION(S) FOUND
1=ACTIVE     2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.  7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM     JUN 26, 2015(C1)
INT6510                  CIVIL CASE INTAKE              OPT: _____ -  INT
                      GENERAL PARTY INQUIRY             PAGE:   3 -    6

CASE NUM: 201230947__ PJN> __  TRANS NUM: _____ CURRENT COURT: 113 PUB? _
CASE TYPE: BREACH OF CONTRACT            CASE STATUS: CASE ON APPEAL
STYLE: BRADFORD, JENAUHD M              VS PALLETIZED TRUCKING INC
========================================================================
                     **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR        PERSON NAME            PTY   ASSOC. ATTY
  NUM   NUMBER                                         STAT
_     00007-0002 XDF         FIELDS, RAY A
_     00006-0002 XDF         DEVILLE, SHAWN T
_     00005-0002 XDF         CONAWAY, DAVID A
_     00003-0002 XDF         BROWN, ANTONIE A
_     00002-0002 XPL 24005405 PALLETIZED TRUCKING INC          FUENTES, JUAN
_     00001-0002 XDF         BRADFORD, JENAUHD M
_     00018-0001 AGT         SAIA MOTOR FREIGHT LINE INC (A
_     00017-0001 DEF         SAIA MOTOR FREIGHT LINE INC

==> (41) CONNECTION(S) FOUND
1=ACTIVE     2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.  7=BACKWARD    8=FORWARD     9=PTY. ADDR. 10=REFRESH   11=HELP
```

```
CASE NUM: 201230947__ PJN> __  TRANS NUM: _____ CURRENT COURT: 113 PUB? _
CASE TYPE: BREACH OF CONTRACT           CASE STATUS: CASE ON APPEAL
STYLE: BRADFORD, JENAUHD M          VS PALLETIZED TRUCKING INC
=============================================================================
                    **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME            PTY   ASSOC. ATTY
  NUM    NUMBER                                        STAT
_     00016-0001 AGT         SAIA INC (CORPORATION) BY SERV
_     00015-0001 AGT         PALLETIZED TRUCKING INC (CORPO
_     00014-0001 DEF 24005405 SAIA INC                      FUENTES, JUAN
_     00014-0001 PAD 24075894 GRIFFIN, RICHARD PEIRCE JR.
_     00013-0001 PLT 10076800 WARD, CEDRIC D                HOWARD, RAMON
_     00012-0001 PLT 10076800 RHODES, MARTIN C              HOWARD, RAMON
_     00011-0001 PLT 10076800 PAIGE, GUS III                HOWARD, RAMON
_     00010-0001 PLT 10076800 MOUTON, KOLLEN J            S HOWARD, RAMON

==> (41) CONNECTION(S) FOUND
1=ACTIVE     2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.  7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    JUN 26, 2015(C1)
INT6510              CIVIL CASE INTAKE              OPT: _____ - INT
                  GENERAL PARTY INQUIRY            PAGE:   5 -    6

CASE NUM: 201230947__ PJN> __  TRANS NUM: _____ CURRENT COURT: 113 PUB? _
CASE TYPE: BREACH OF CONTRACT           CASE STATUS: CASE ON APPEAL
STYLE: BRADFORD, JENAUHD M           VS PALLETIZED TRUCKING INC
==========================================================================
                    **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME            PTY   ASSOC. ATTY
  NUM   NUMBER                                        STAT
_     00009-0001 PLT 10076800 LEE, CURTIS LLL              HOWARD, RAMON
_     00008-0001 PLT 10076800 HENDERSON, DERRICK L         HOWARD, RAMON
_     00007-0001 PLT 10076800 FIELDS, RAY A                HOWARD, RAMON
_     00006-0001 PLT 10076800 DEVILLE, SHAWN T             HOWARD, RAMON
_     00005-0001 PLT 10076800 CONAWAY, DAVID A             HOWARD, RAMON
_     00004-0001 PLT 10076800 BROWN, TROY             S    HOWARD, RAMON
_     00003-0001 PLT 10076800 BROWN, ANTONIE A             HOWARD, RAMON
_     00002-0001 DEF 24005405 PALLETIZED TRUCKING INC      FUENTES, JUAN

==> (41) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JUC8H (NR4#)     JUSTICE INFORMATION MANAGEMENT SYSTEM      JUN 26, 2015(C1)
INT6510                 CIVIL CASE INTAKE              OPT: _____  -  INT
                      GENERAL PARTY INQUIRY            PAGE:   6 -    6

CASE NUM: 201230947__ PJN> __  TRANS NUM: _____ CURRENT COURT: 113 PUB? _
CASE TYPE: BREACH OF CONTRACT           CASE STATUS: CASE ON APPEAL
STYLE: BRADFORD, JENAUHD M              VS PALLETIZED TRUCKING INC
============================================================================
                    **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR      PERSON NAME              PTY   ASSOC. ATTY
  NUM   NUMBER                                         STAT
  _    00001-0001 PLT 10076800 BRADFORD, JENAUHD M           HOWARD, RAMON




==> (41) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH    11=HELP
```